# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK EARL RUMMERFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:22-cv-01571-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING DEFENDANT TO FILE OPPOSITION OR NOTICE OF INTENT TO STAND ON AUGUST 15, 2023 RESPONSIVE BRIEF<br><br>(ECF Nos. 23, 25)<br><br>DEADLINE: MARCH 22, 2024 |

On March 14, 2024, an order issued requiring Plaintiff to show cause why the footnotes in Plaintiff's motion for summary judgment should not be stricken for the violation of the Court's procedures setting a page limit of twenty-five pages for moving papers. (ECF No. 23.) On March 18, 2024, Plaintiff filed a response to the order to show cause and an amended motion in support of the Plaintiff's motion for summary judgment. (ECF Nos. 24, 25.) Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued March 14, 2024, is DISCHARGED; and
2. On or before March 22, 2024, Defendant shall file an amended responsive brief or a notice of intent to stand on the brief filed August 15, 2023 (ECF No. 22).

IT IS SO ORDERED.

Dated:  **March 18, 2024**

UNITED STATES MAGISTRATE JUDGE